## Otto DeMitchell and Virginia G. Halstead, Appellees, v. Walter C. Haas, Appellant.

**Gen. No. 10,344.**

opinion filed May 10, 1949; released for publication May 27, 1949. Gray, Thomas & Wallace, for appellant; Frank H. Masters, Jr., of counsel; Francis J. Loughran and Erwin W. Roemer, for appellees; Wayland B. Cedarquist, of counsel. Opinion by JUSTICE BRISTOW. **Not to be published in full.**